People v Stark-Morris (2025 NY Slip Op 05112)

People v Stark-Morris

2025 NY Slip Op 05112

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
LOURDES M. VENTURA
SUSAN QUIRK, JJ.

2024-07847 
2024-11765

[*1]The People of the State of New York, respondent,
v
Noah M. Stark-Morris, appellant. (Ind. Nos. 70557/23, 70236/24)

Matthew Christiana, Brooklyn, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Cynthia Dolan of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Orange County (Hyun Chin Kim, J.), both imposed August 6, 2024, as amended August 8, 2024, upon his pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences, as amended, are affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d at 255).
CONNOLLY, J.P., MILLER, WARHIT, VENTURA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court